# COURT MINUTES/ORDER

## United States Magistrate Judge Patrick M. Hunt

**Fort Lauderdale Courtroom 310**  Date: 12/27/2024   Time: 11:00AM

0:24-mj-06599-AOV-1

**Defendant:** Jean Robert Casimir (J)   J#: 52492-511   Case #:
**AUSA:** Vanessa Bonhomme   Attorney: **Robert Berube (AFPD)**
**Violation:** 18: U.S.C.§371 CONSPIRACY; 50:U.S.C.§4819 EXPORT CONTROL REFORM ACT OR ECRA; 18:U.S.C.§554 SMUGGLING

**Proceeding:** Detention Hearing/ Removal Hearing   CJA Appt:
**Bond/PTD Held:** ☐ Yes  ☒ No   Recommended Bond:
**Bond Set at:** Held No Bond/Deferred Detention Hearing (Washington D.C.)   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS **as directed**/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other:

Language: English

**Disposition:**
Defendant Present. Defendant was sworn and testified as to appointing AFPD. Court appoints AFPD. Defendant oral motion to appoint Counsel (AFPD)- Granted-. Detention Hearing / Removal Hearing Not Held. Per Defense, Defendant will waive removal hearing and defer detention hearing until he returns to DISTRICT OF COLUMBIA (WASHINGTON DC). See Waiver of Removal/ Identity Hearing and Commitment to Another District form provided.

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
**Report RE Counsel:**
PTD/**Bond Hearing**:
Prelim/**Arraign** or Removal:
Status Conference RE:
D.A.R. **11:01:00**   Time in Court: **15 Minutes**

CHECK IF APPLICABLE: ___ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, l8 USC 3161 et seq..